**WEINBERG LAW OFFICES, P.C.**
Yoni Weinberg, Esq. (306357)
11601 Wilshire Blvd., #500
Los Angeles, CA 90025
Telephone: (818) 697-1079
Facsimile: (855) 682-4983
E-mail: yoni@weinberglawoffices.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIKOUSIS LEGACY INC., <br><br> Plaintiff <br><br> v. <br><br> B- GAS LIMITED A/K/A BEPALO LPG SHIPPING LTD.; B-GAS A/S; BERGSHAV SHIPPING LTD. ; B-GAS HOLDING, LTD; BERGSHAV AFRAMAX, LTD; BERGSHAV SHIPHOLDING AS; BERGSHAV INVEST AS; LPG INVEST AS; ATLE BERGSHAVEN <br><br> Defendants | Case No. <br><br> **VERIFICATION OF COMPLAINT** |

Pursuant to 28 U.S.C. §1746, George Gaitas, declares under the penalty of perjury:

1. I am an individual of sound mind and have never been convicted of a crime of moral turpitude.

2. I am a citizen of the United States and a resident of Houston, Texas and a lawful attorney of the Plaintiff in litigation matters involving the above action and also an attorney in fact of the Plaintiff duly authorized on its behalf to make this verification.

3. I am making this verification on behalf of the Plaintiff as it is not present in the district nor are any of its authorized officers present in the district.

4. I have read the foregoing Verified Complaint and exhibits thereto in the above captioned action and know the contents thereof, and verify that its Introduction and the contents of paragraphs 1 through 96 of the Verified Complaint are true and correct based of my own knowledge and information, and also based on public records and data located in Cyprus, Norway, Denmark, and the United Kingdom; documents and information obtained in judicial and arbitration proceedings respectively in Norway and the United Kingdom; and documents and communications provided to me as attorney for the Plaintiff, by its agents, servants, employees and other representatives of Plaintiff, and its English solicitors, Norwegian lawyers; and Cypriot lawyers.

I certify under the penalty of perjury under the laws of the United States that the contents of the foregoing Complaint which I hereby verify are true and correct.

Signed in Houston, Texas this 5th day of June, 2022.

*George A. Gaitas*
George A. Gaitas