# EXHIBIT 2

**Bepalo LPG Shipping Limited**
**(formerly B-Gas Limited)**
32 Miltonos Street
3050, Limassol, Cyprus

13th October 2020

To: Sikousis Legacy Inc
Address: Marshall Island Trust Company Complex,
   Ajeltake Road, Ajeltake Island, Majuro, Marshall Island MH 96950
   C/O Stealth Maritime Corp S.A., 331 Kifisias Ave, Athens, Greece
By email to: maritime@stealth.gr, hansen@stealth.gr

Subject: **Notice of termination of bareboat charter**

We refer to the bareboat charter party dated 22nd March 2019 (the "Charter") entered between us, Bepalo LPG Shipping Limited, as bareboat charters (the "Charterers") and Sikousis Legacy Inc, as owners (the "Owners") in respect of the " B Gas Sunrise" (the "Vessel").

We further refer to our letter dated 13th October 2020 notifying the Owners that the Charterers are closing for business effective as of 15.00 hrs 13th October 2020 and that the Charterers will commence liquidation proceedings. This circumstance gives rise to a contractual right of termination pursuant to Clause 28 (d) of the Charter, which entitles the Charterers to terminate the Charter with immediate effect.

Accordingly, we hereby and with effect as of dropping last outbound pilot, after completion of discharge of present voyage, give notice that we, as Charterers, terminate the Charter pursuant to our rights under Clause 28 (d).

In order to achieve an orderly delivery of the Vessel to you while considering the Vessels current operating status, we have instructed B-Gas A/S to continue to provide logistical assistance to the Vessel as needed.  For any further assistance with regard to the completion of the Vessel's operations and or redelivery or otherwise, please contact direct Mr. Andrew Christian McPhail of B-Gas A/S, email acm@bgas.net.

Please confirm safe receipt of this notice.


Yours faithfully,

_____
For and on behalf of
**Bepalo LPG Shipping Limited**