# EXHIBIT 3



Copenhagen, 13th October 2020

**<u>To Whom it may concern</u>**

It is with great regret that we have to inform you that today BEPALO LPG Shipping Ltd (formerly known as B-Gas Limited - hereafter called BEPALO), has declared insolvency under Cypriot law.

These unfortunate circumstances have been brought on by the declining market caused by the ongoing Covid-19 pandemic and consequently by significant reduction in earnings.

BEPALO has for a long time sought to find a solution to avoid this situation. A concrete proposal was forwarded to all the Owners of the bareboat chartered vessels (Owners) but was dependent on all agreeing to same. All Owners, except one, showed willingness and cooperation in this process, which has been greatly appreciated.

As a consequence of one steel Owner's unwillingness to find a solution with BEPALO, the other Owners have withdrawn their support, which is now unfortunately leaving BEPALO in a state of insolvency.

It is important to stress that the declaration of insolvency is related to BEPALO, located on Cyprus, <u>only</u>.

B-Gas A/S and our experienced team in Copenhagen will continue to service our customers and trade the vessels as commercial managers on behalf of the steel Owners. The following 9 vessels will continue under the commercial management of B-Gas A/S:

B Gas Champion
B Gas Commander
B Gas Crusader
B Gas Venus
B Gas Neptune
B Gas Master
B Gas Mariner
B Gas Maud
B Gas Margrethe

The team in Copenhagen will do their utmost to ensure minimal disruption to our customers. All vendors will be paid on time and in full, and business will continue as usual.



Do not hesitate to contact us if you have any questions.

We look forward to a continued good cooperation.


Kind regards

Andrew Christian McPhail
Chief Executive Officer
B-Gas A/S