# EXHIBIT 5

# George A. Gaitas

| | |
|---|---|
| **From:** | Andreas Hannevik <andreas.hannevik@bergshav.com> |
| **Sent:** | Wednesday, August 21, 2019 4:51 AM |
| **To:** | Krohn-Hansen Christian |
| **Subject:** | Stealth/B-Gas |
| **Attachments:** | 2018 B-GAS Limited signed accounts.pdf |

Dear Christian,

Thank you for a most pleasant call. We do indeed appreciate the confidentiality on the matter as I am sure you can appreciate it is a little delicate.

As you know, B-Gas is commercially operated out of Copenhagen. The team has delivered a premium towards the market for years (the market, admittedly, was rather depressing until 2018) due to their ability to optimize the scheduling of the fleet and deliver a premium product to the customers. Technically, the vessels are operated out of Cyprus by V-Ships and supervised by in-house resource with deep LPG knowledge. We have an excellent technical track record, and highly competitive OPEX. The entire fleet is owned/leased through a Cypriot company, B-Gas ltd.

The strategy has been to selectively renew the fleet through a combination of well timed acquisitions and long term bare boats, and leverage on the commercial and operational platform in Copenhagen. The fleet now consists of 13 vessels (in addition to Eco Corsair), of which B-Gas owns four and Bergshav owns three on long term BB to B-Gas.

For your reference, B-Gas has achieved the following net TCE pcm in 2016-2018. This is well above the market (benchmarked against published TC levels by brokers), and has been achieved through a mix of TC's, COA and spot, where TC/COA has historically made up between 50%-75% of revenue.

| | Net TCE pcm, USD | | |
|---|---|---|---|
| | 2016 | 2017 | 2018 |
| <3,200cbm | 180 000 | 202 000 | 232 000 |
| 3,200-2,500 cbm | 237 000 | 249 000 | 298 000 |
| 5,000 cbm | 222 000 | 248 000 | 328 000 |

The Financial Statement for 2018 is attached. As you can deduct from the statement, net contribution from the vessels (before TC/BB hire) in 2018 was around USD 21,3 mill. While 2019 has been somewhat softer, we are on track to achieve a net contribution this year of in excess of USD 19 mill.

We believe it makes excellent sense to further consolidate the NWE market and do so by adding tonnage to the commercial and operational platform in Copenhagen. Access to a larger pool of vessels would not only consolidate the supply side, but could also further improve the ability to schedule and optimize the trading pattern of a larger fleet. As we discussed, B-Gas has an ownership structure that does not allow for much further expansion and consolidation. Hence, the owners are collectively and individually considering various options to bring in a new industrial owner. We would expect that a new owner would want to take control of the entire company, but the individual owners may also consider other options, i.e. staying onboard in a new ownership structure.

We are confident that Stealth Gas could prove an interesting industrial partner. A combination of Stealth Gas' steel, capital base and know-how with B-Gas' steel and proven ability to trade the fleet at a premium could really corner the market in our view. We would be pleased to discuss the matter further with you on a confidential and mutually non-committing basis.  I therefore kindly ask you to discuss internally and let me know if you would have an interest in proceeding further.

Yours sincerely,

_____

**Andreas Hannevik**
Chief Financial Officer
**Bergshav Management AS**
Hasseldalen, P O Box 8, N-4891 Grimstad, Norway
Tel/Dir: +47 37 25 63 44 | Fax: +47 37 25 63 01 | Mobile: +47 90 17 01 64
andreas.hannevik@bergshav.com | www.bergshav.com



2