**WEINBERG LAW OFFICES, P.C.**
Yoni Weinberg, Esq. (306357)
11601 Wilshire Blvd., #500
Los Angeles, CA 90025
Telephone: (818) 697-1079
Facsimile: (855) 682-4983
E-mail: yoni@weinberglawoffices.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIKOUSIS LEGACY INC., <br><br> Plaintiff <br> v. <br><br> B- GAS LIMITED A/K/A BEPALO LPG SHIPPING LTD.; B-GAS A/S; BERGSHAV SHIPPING LTD. ; B-GAS HOLDING, LTD; BERGSHAV AFRAMAX, LTD; BERGSHAV SHIPHOLDING AS; BERGSHAV INVEST AS; LPG INVEST AS; ATLE BERGSHAVEN <br><br> Defendants | **Case No. 22-cv-3273** <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> **ADMIRALTY** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff SIKOUSIS LEGACY INC. certifies that the Plaintiff is a subsidiary of StealthGas, Inc., the stock of which is listed and is traded in the NASDAQ.

Respectfully Submitted,

Dated: June 6, 2022         **WEINBERG LAW OFFICES, P.C.**
                            By: /s/ Yoni Weinberg

1

|   |   |
|---|---|
|   | Yoni Weinberg |
|   | Attorney for Plaintiff |
|   | *Sikousis Legacy Inc.* |

*Of Counsel:*
George A. Gaitas
Jonathan M. Chalos
*Pro Hac Vice Applications Forthcoming*
**GAITAS & CHALOS, P.C.**
1908 N. Memorial Way
Houston, Texas 77007
Telephone:   (281) 501-1800
Facsimile:    (832) 962-8178
E-mail:         gaitas@gkclaw.com
                     chalos@gkclaw.com